**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01124-CR

**SHARRI KAYE EVENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-87496-2011**

## ORDER

The Court **REINSTATES** this appeal.

On January 17, 2013, we denied court reporter Claudia Webb's second request for an extension of time to file the reporter's record and ordered the trial court to make findings. On February 27, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the January 17, 2013 order to the extent it requires findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE